THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT MEEKER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STARFISH CHILDREN'S SERVICES, *et al.*, <br><br> Defendants. | CASE NO. C17-0376-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs and Defendant Bosmann's stipulated motion to amend answer (Dkt. No. 68). The motion is GRANTED. Defendant Bosmann shall file the amended answer by April 30, 2019.

DATED this 23rd day of April 2019.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk