UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT MEEKER, *et al.*, | CASE NO. C17-0376-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| STARFISH CHILDREN'S SERVICES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In their stipulated motion for approval of their settlement agreement, the parties reference Amy Meeker's declaration. (*See generally* Dkt. No. 78.) That declaration is not attached to any of the parties' recent filings. (*See* Dkt. Nos. 78, 79, 80, 81.) The parties are ORDERED to submit Amy Meeker's declaration, referenced in their stipulated motion for approval of their settlement agreement.

DATED this 18th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk