UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT MEEKER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STARFISH CHILDREN'S SERVICES, *et al.*, <br><br> Defendants. | CASE NO. C17-0376-JCC <br><br> ORDER |

This matter comes before the Court on the parties' stipulated motion to approve settlement (Dkt. No. 78). Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS the motion. In light of the facts of the case, C.M.'s claims, and the average recovery in similar cases, the Court finds that the settlement is fair and reasonable. The settlement agreement proposed by the parties is APPROVED.

DATED this 19th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE